IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENAE EKSTRAND,

    Plaintiff,

v.

SCHOOL DISTRICT OF SOMERSET,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-193-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant School District of Somerset and this case is dismissed.

_____       3/5/09
Peter Oppeneer, Clerk of Court             Date