IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENAE EKSTRAND,

                                        SPECIAL VERDICT
                                              DAMAGES

                Plaintiff,

                                        08-cv-193-bbc

  v.

SCHOOL DISTRICT OF SOMERSET,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      We, the jury, for our special verdict, do find as follows:

      <u>Question No. 1:</u>  Did plaintiff Renae Ekstrand suffer a loss of wages and benefits as a result of defendant's failure to provide her a room with an exterior window, after receiving information that such accommodation was medically necessary?

                            Answer: <u>Yes (Answered by the court)</u>
                                        (Yes or No)

Question No. 2: Did plaintiff fail to mitigate her damages by failing to accept defendant's offer to return to teaching at Somerset Elementary School for the 2006-07 school year?

Answer: __No__
(Yes or No)

Regardless whether you answered Question No. 2, you must answer Question No. 3.

Question No. 3: Did plaintiff suffer emotional pain or mental anguish as a result of defendant's failure to provide her a room with an exterior window?

Answer: __Yes__
(Yes or No)

If your answer to Question No. 3 was "Yes," answer Question No. 4. If your answer to Question No. 3 was "No," do not answer Question No. 4 but proceed to Question No. 5.

Question No. 4: What amount of money will fairly and reasonably compensate plaintiff for her emotional pain or mental anguish?

Answer: $ __1,750,000__

Regardless whether you answer Question No. 4, you must answer Question No. 5.

2

Question No. 5: Did plaintiff suffer a loss of future earning capacity as a result of defendant's failure to provide her a room with an exterior window?

Answer: __YES__
(Yes or No)

If your answer to Question No. 5 was "Yes," answer Question No. 6. If your answer to Question No. 5 was "No," do not answer any more questions.

Question No. 6: What amount of money will fairly and reasonably compensate plaintiff for her loss of future earning capacity?

Answer: $ __246,662__

__Daniel A. King__
Presiding Juror

Madison, Wisconsin
Dated this __5th__ day of October, 2010

3