IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENAE EKSTRAND,

                      Plaintiff,

    v.

SCHOOL DISTRICT OF
SOMERSET,

                      Defendant.

ORDER

08-cv-193-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties have stipulated to the following:

1. Plaintiff Renae Ekstrand lost 9.5 days of pay between October 17, 2005 and January 18, 2006, that her daily rate of pay was $271.62, for a total loss of pay of $2,580.39;

2. The difference between plaintiff's long term disability payments from January 18, 2006 to June 30, 2006 and her wages for that same period is $2500.00;

3. The difference between plaintiff's salary at the defendant school ($53,976.00) and her salary at South Dakota State University ($36,000.000) for the year 2006/2007 is $17,976.00;

1

4. The difference in pension deposits that would have been made to plaintiff's account by defendant ($3,508.44) and those made for her at SDSU ($2,160.00) for the year 2006/2007 is $1,348.44; and

5. The difference between what plaintiff's health insurance would have cost had she remained employed by defendant ($726.96) and the costs of her health insurance at SDSU ($3,150.72) for the year 2006/2007 is $2,423.76;

Plaintiff is not making a claim for medical bills that she incurred when she had no insurance coverage in August and September 2006 and she lacks proof to support the out of pocket medical costs she says she incurred.

ORDER

IT IS ORDERED that plaintiff Renae Ekstrand is entitled to back pay and benefits in the amount of $26,828.59.

Entered this 5th day of October, 2010.

BY THE COURT:

BARBARA B. CRABB
District Judge

2