United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin  53701

Chambers of
Barbara B. Crabb
District Judge

Telephone
608/264-5447

March 4, 2011

Carol N. Skinner
212 Commercial Street
Hudson, WI 54016

Peter M. Reinhardt
Bakke Norman, S.C.
2919 Schneider Ave.
P.O. Box 280
Menomonie, WI 54751

Thomas Brien Rusboldt
Weld, Riley, Prenn & Ricci, S.C.
3624 Oakwood Hills Pkwy.
P.O. 1030
Eau Claire, WI 54702-1030

       Re: Ekstrand v. School District of Somerset; 08-cv-193-bbc

Dear Counsel:

      In briefing the motion for judgment as a matter of law, counsel have referred to transcript testimony that is not on file with the court.  If you wish to have this testimony considered, you should arrange to have the transcripts filed.

                               Very truly yours,

                                 /s/
                               Barbara B. Crabb
                               District Judge

BBC:skv