IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENAE EKSTRAND,

Plaintiff,

v.

SCHOOL DISTRICT OF SOMERSET,

Defendant.

JUDGMENT IN A CIVIL CASE

08-cv-193-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED and ADJUDGED that judgment is entered in favor of plaintiff Renae Ekstrand against defendant School District of Somerset in the amount of $100,000. Further, IT IS ORDERED that plaintiff is awarded back pay in the amount of $26,828.59, with prejudgment interest in the amount of $6,027.72.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

3/31/11
Date

1