IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENAE EKSTRAND,

    Plaintiff,

v.

SCHOOL DISTRICT OF SOMERSET,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-193-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Renae Ekstrand against defendant School District of Somerset awarding attorney fees in the amount of $353,999.05 and costs in the amount of $21,258.18.

_____      6/17/11
Peter Oppeneer, Clerk of Court                      Date