IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENAE EKSTRAND,

    Plaintiff,

v.

SCHOOL DISTRICT OF SOMERSET,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-193-bbc

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Renae Ekstrand against defendant School District of Somerset awarding plaintiff supplemental attorney fees, costs and interest in the amount of $56,214.81.

_____
Peter Oppeneer, Clerk of Court

8/16/12
Date